```
UNITED STATES DISTRICT COURT                         USDC SDNY
SOUTHERN DISTRICT OF NEW YORK                        DOCUMENT
-------------------------------------------------X   ELECTRONICALLY FILED
                                                 :   DOC #:_____
GARY ESSIG,                                      :   DATE FILED: 7/22/2022
                                                 :
                Plaintiff,                       :
                                                 :         22-cv-2594 (LJL)
        -v-                                      :
                                                 :            ORDER
CANON BUSINESS PROCESS SERVICES, INC. d/b/a      :
Canon Business Process Services,                 :
                                                 :
                Defendants.                      :
                                                 :
-------------------------------------------------X
```

LEWIS J. LIMAN, United States District Judge:

The Court has been informed that the parties have reached a settlement in principle in this case. Accordingly, it is hereby ORDERED that this action is DISMISSED without costs and without prejudice to restoring the action to the Court's calendar, provided the application to restore the action is made within thirty (30) days of this Order. Any application to reopen filed after thirty (30) days from the date of this Order may be denied solely on that basis. Any pending motions are DISMISSED as moot, and all conferences and deadlines are CANCELLED.

SO ORDERED.

Dated: July 22, 2022
       New York, New York                     _____
                                                      LEWIS J. LIMAN
                                                  United States District Judge