UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
GARY ESSIG, :
:
:
Plaintiff, :
: 22-cv-02594 (LJL)
-v- :
: ORDER
:
CANON BUSINESS PROCESS SERVICES, INC. d/b/a :
Canon Business Process Services, :
:
Defendant. :
X
---------------------------------------------------------------------

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 08/11/2022

LEWIS J. LIMAN, United States District Judge:

The parties, having entered into a settlement agreement that fully resolves the claims in this case, request that the Court dismiss the action with prejudice while also retaining jurisdiction to enforce the settlement agreement. Dkt. No. 20.

The Court will not retain jurisdiction to enforce a settlement agreement whose terms are confidential. The public has a right to know the terms of an agreement the Court's resources will be drawn upon to enforce and to apply to the parties. If the parties wish that the Court retain jurisdiction to enforce the agreement, the parties must place the terms of their settlement agreement on the public record.

By August 18, 2022, the parties shall place the terms of their settlement agreement on the public record or inform the Court that they withdraw the request for the Court to retain jurisdiction to enforce the settlement agreement. If the parties withdraw the request for the Court to retain jurisdiction to enforce the settlement agreement, the parties shall also file a proposed stipulation of dismissal to that effect.

SO ORDERED.

Dated: August 11, 2022
       New York, New York

                                                LEWIS J. LIMAN
                                       United States District Judge