UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GARY ESSIG

            Plaintiff,

v

CANON BUSINESS PROCESS SERVICES, INC. d/b/a CANON BUSINESS PROCESS SERVICES

            Defendant.

1:22-cv-02594

## FIRST AMENDED STIPULATION AND [~~PROPOSED~~] ORDER OF DISMISSAL WITH PREJUDICE

WHEREAS, Plaintiff Gary Essig ("Plaintiff") and Defendant Canon Business Process Services, Inc. d/b/a Canon Business Process Services ("Defendant") (collectively, the "Parties") have reached a resolution in the above-captioned action and entered into a Confidential Settlement Agreement;

WHEREAS, pursuant to Federal Rule of Civil Procedure 41, the Parties filed with the Court a Stipulation and [Proposed] Order of Dismissal with Prejudice on August 10, 2022 (the "Stipulation of Dismissal"), Dkt. 20;

NOW, THEREFORE, the Parties, by and through their undersigned attorneys, hereby withdraw the Stipulation of Dismissal, and file in its place this First Amended Stipulation and [Proposed] Order of Dismissal with Prejudice (this "First Amended Stipulation of Dismissal"). This First Amended Stipulation of Dismissal is made pursuant to the terms of the Confidential Settlement Agreement. Pursuant to the Confidential Settlement Agreement, the Parties hereby stipulate to the dismissal of the above-captioned action, including all claims asserted therein, with prejudice and without costs to any party. Each party shall bear its own attorneys' fees and associated legal expenses, incurred in connection with the action.

Dated: August 15, 2022

New York, New York

Respectfully submitted,

| | |
|---|---|
| *[signature]* | /s/ Anabel Cassady |
| Jon A. Stockman (JS6246) | Bruce R. Ewing (2540862) |
| THE LAW OFFICE OF JON A. STOCKMAN | Melissa Raphan (admitted *pro hac vice*) |
| 11 Broadway, Suite 615 | Anabel P. Cassady (admitted *pro hac vice*) |
| New York, New York 10004 | DORSEY & WHITNEY LLP |
| Telephone: (516) 547-6418 | 51 West 52nd Street |
| jstockman@yournyattorney.com | New York, New York 10019 |
| | Telephone: (212) 415-9200 |
| | ewing.bruce@dorsey.com |
| | raphan.melissa@dorsey.com |
| | cassady.anabel@dorsey.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

Dated: August 15, 2022

SO ORDERED:

_____
Hon. Lewis J. Liman
United States District Judge